The Honorable Grady J. Leupold

```
_____ FILED _____ LODGED
       _____ RECEIVED
         Mar 07, 2024
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHAD GOODWIN, <br><br> Defendant. | NO. CR24-5057DWC <br><br> **INFORMATION** <br><br> Misdemeanor |

The United States Attorney charges that:

## **COUNT 1**

### **(Delay or Destruction of Mail)**

Beginning on or about May 1, 2022, and continuing until on or about December 8, 2022, in Clark County, within the Western District of Washington, CHAD GOODWIN,

//
//
//
//
//
//

Information- 1
*United States v. Goodwin*
USAO No. 2023R00793

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

without authority, knowingly and intentionally opened certain mail not directed to him.

All in violation of Title 18, United States Code, Section 1703(b).

DATED this 7th day of March, 2024.

*Sarah G. Vogel, for*
TESSA M. GORMAN
United States Attorney

_____, for
AMY JAQUETTE
Assistant United States Attorney

_____
ELYNE M. VAUGHT
Assistant United States Attorney

Information- 2
*United States v. Goodwin*
USAO No. 2023R00793

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970